CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 31 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 5:06CR00057 |
| | Civil Action No. 5:08CV80090 |
| v. | |
| | **FINAL ORDER** |
| JAMIE FRANCIS HURST, | By: Hon. Glen E. Conrad |
| | United States District Judge |
| Defendant. | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The government's motion to dismiss is **GRANTED**;

2. The defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DENIED**; and

3. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 30th day of March, 2009.

/s/ Glen E. Conrad
United States District Judge